UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-CR-20377-Gayles

UNITED STATES OF AMERICA

vs.

JUAN VALENCIA ZULUAGA,

_____/

## STIPULATED FACTUAL PROFFER IN SUPPORT OF PLEA

If this matter were to proceed to trial, the Government would prove the following facts beyond a reasonable doubt. The Parties agree that these facts, which do not include all facts known to the Government and the Defendant, **JUAN VALENCIA ZULUAGA**, are sufficient to prove the guilt of the Defendant of the above-referenced Indictment:

Co-conspirator testimony and corroborating evidence would show that between January 2010 to about July 2021, a group of individuals conspired together with the Defendant to send cocaine from Colombia to Central America, with the knowledge and understanding that at least a portion of this cocaine, specifically at least five kilograms, would be imported into the United States. As part of the conspiracy during those years, the Defendant provided investment money and engaged in a series of meetings and electronic communications to coordinate the dispatch of hundreds of kilograms of cocaine through the Port of Cartagena, Colombian and via airplanes from a clandestine airstrip in Colombia.

The co-conspirators, including the Defendant, were all aware that this cocaine would continue moving north once it arrived in Central America, with the understanding that a portion,

1

at least five kilograms, would then move further into the U.S. Indeed, the co-conspirators often used U.S. dollars to conduct the transactions, which money was proceeds from sales of cocaine in the U.S.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 10·14·22     By: _____
WALTER M. NORKIN
ASSISTANT U.S. ATTORNEY

Date: 10-14-22     By: _____
DAVID FERNANDEZ, ESQ.
ATTORNEY FOR DEFENDANT

Date: 10-14-22     By: _____
JUAN VALENCIA ZULUAGA
DEFENDANT