UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

CASE NO.:21-CR-20377 GAYLES

**UNITED STATES OF AMERICA,**
    *Plaintiff*,

vs.

**JUAN JOSE VALENCIA ZULUAGA,**
    *Defendant.*
_____/

## DEFENDANT'S MOTION TO STRIKE PLEADING

Comes Now, the Defendant, Juan Jose Valencia Zuluaga, by and through the undersigned counsel, and hereby respectfully moves this Honorable Court to enter an order striking the nonparty notice filed in this matter. In support the Defendant states:

1. On April 13, 2023 non party counsel filed an admittedly unusual Notice identified as Docket Entry 27 [ECF No. 27].

2. During the Defendant's sentencing hearing nonparty counsel Simon Steckel was heard and undersigned counsel's understanding of the Court's finding is that the issues raised in the motion were not relevant to the sentencing hearing and, moreover, were not taken into consideration in the Court's analysis and sentencing determination. Similarly, the Court agreed with the Defendant's contention that the Notice was filed in an improper Venue.

3. The Defendant moves to strike [ECF No. 27] because it is not relevant to the proceedings and is filed in an improper venue. Additionally, there is no practical purpose served in allowing this pleading to linger on the docket without further explanation or defense to the irrelevant and inflammatory assertions contained therein.

4. The undersigned has discussed this motion with Assistant United States Attorney

Page 1

Ellen D'Angelo who has no objection to the relief requested herein.

5.     Undersigned counsel has attempted to communicate with nonparty counsel Simon Steckel via email and telephone; however, there has been no response as to his position in regards to this motion.

## CONCLUSION

Wherefore, for good cause shown and in the interest of justice the undersigned respectfully requests that this Honorable Court enter an order striking [ECF No. 27].

Respectfully Submitted,
David Fernandez, P.A.
Attorney for Juan Jose Valencia Zuluaga

By :    s/ David M. Fernandez
David M. Fernandez
One Southeast Third Avenue,
Suite 2120
Miami, Florida 33131
Telephone: (305) 480-8788
Email: David@DavidFernandezLaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically via the CM/ECF system on April 14, 2023 and provided to nonparty counsel via email at stsllaw@bellsouth.net. The following parties shall be noticed accordingly:

Ellen D'Angelo                              Simon T. Steckel
Assistant United States Attorney            Nonparty Counsel

Daren Grove
Assistant United States Attorney